## DATATREASURY CORPORATION, Appellant,

v.

## FISERV, INC., Appellee.

2016–1229
2016–1230

United States Court of Appeals, Federal Circuit.

Decided: October 13, 2016

EDWARD K. CHIN, Albritton Law Firm, Longview, TX, argued for appellant. Also represented by DEREK TOD GILLILAND, Nix Patterson & Roach LLP, Daingerfield, TX; CHRISTIAN JOHN HURT, Dallas, TX.

DAVID ALAN ROODMAN, Bryan Cave LLP, St. Louis, MO, argued for appellee. Also represented by ELIZABETH C. CARVER, EMMA CATHRENE HARTY, NICK E. WILLIAM-

## IN RE: DATATREASURY CORPORATION, Appellant

2016-1250

United States Court of Appeals, Federal Circuit.

Decided: October 13, 2016

DEREK TOD GILLILAND, Nix Patterson & Roach LLP, Daingerfield, TX, argued for appellant. Also represented by CHRISTIAN JOHN HURT, Dallas, TX.

WILLIAM LAMARCA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, ROBERT MCBRIDE.

Before Moore, Wallach, and Chen, Circuit Judges.

Per Curiam.

We deny the appeal as moot in light of our order in *DataTreasury Corp. v. Fidelity National Information*, No. 16–1046.

Appellant DataTreasury Corp. also moved for costs under Rule 30, arguing the Director should reimburse DataTreasury for printing costs relating to unnecessary pages included in the Joint Appendix. Docket No. 32. We deny the motion, but we caution the Director to carefully evaluate which material it elects to cite in the Joint Appendix and only include material relevant to the issues disputed in a particular appeal.